UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
MALONE/PLATTSBURGH DIVISION

| | |
|---|---|
| JAMIE L. DUSTIN, | Civil Action No.: 8:14-cv-69 (TJM/CFH) |
| Plaintiff, | |
| vs. | NOTICE OF VOLUNTARY DISMISSAL |
| SANTANDER CONSUMER USA, INC.; and DOES 1 through 10, inclusive, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff JAMIE L. DUSTIN hereby voluntarily

dismisses his claims, with prejudice, against Defendants SANTANDER CONSUMER

USA, INC.; and DOES 1 through 10, inclusive.

DATED: April 1, 2014

RESPECTFULLY SUBMITTED,

By: /s/Stuart M. Price
Stuart M. Price (513461)
PRICE LAW GROUP, APC
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436
Phone: (818) 907-2030
Fax: (818) 205-2730

Attorney for Plaintiff,
Jamie L. Dustin

1